# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00088-SAB |
| Plaintiff, | ORDER VACATING MOTION HEARING |
| v. | |
| SANDI J. MCCOY, | |
| Defendant. | |

On November 11, 2019, a status hearing was held in this matter and a briefing scheduling was entered for the parties to file pretrial motions. According to the briefing schedule, motions were to be filed on March 26, 2020. The time to file has passed and no motions have been filed. Therefore, the motion hearing is HEREBY VACATED. The trial confirmation hearing set for April 16, 2020, at 10:00 a.m. before the undersigned remains on calendar.

IT IS SO ORDERED.

Dated: __March 30, 2020__

UNITED STATES MAGISTRATE JUDGE

1