HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SANDI MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDI MCCOY,<br><br>Defendant. | Case No. 1:18-po-00088-SAB<br><br>STIPULATION TO VACATE TRIAL CONFIRMATION HEARING; AND ORDER<br><br>DATE: April 16, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Sandi McCoy, that the trial confirmation hearing scheduled for April 16, 2020, may be vacated.

On April 2, 2020, at the parties' request, this Court continued the previously set trial date to July 24, 2020. ECF No. 26. The Court also scheduled a motion hearing for July 17, 2020. *Id*. As a result, the April 16, 2020, trial confirmation hearing is premature and no longer necessary. Accordingly, the parties jointly request that the April 16, 2020, trial confirmation hearing be vacated.

/ / /

/ / /

/ / /

Respectfully submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

Date: April 7, 2020          */s/ Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SANDI MCCOY

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Date: April 7, 2020          */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**ORDER**

Based on a showing of good cause, the Court hereby orders that the trial confirmation hearing currently scheduled for April 16, 2020, may be vacated.

IT IS SO ORDERED.

Dated: __**April 7, 2020**__

UNITED STATES MAGISTRATE JUDGE