# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDI J. MCCOY,<br><br>    Defendant. | Case No.  1:18-po-00088-SAB<br><br>ORDER VACATING JULY 17, 2020 MOTION HEARING |

On April 4, 2020, an order issued granting the stipulation of the parties to continue the bench trial in this matter and setting a motion schedule.  Pursuant to the order, motions were to be filed on or before June 12, 2020.  (ECF No. 26.)  On June 11, 2020, the court granted an extension of the briefing schedule and motions were to be filed on or before June 19, 2020.  (ECF No. 30.)  The deadline to file motions has passed and no motions have been filed.  Accordingly, IT IS HEREBY ORDERED that the motion hearing set for July 17, 2020 is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated:   **June 22, 2020**

UNITED STATES MAGISTRATE JUDGE

1