# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18-po-00088-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |
| SANDI MCCOY, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Open container in vehicle, in violation of 36 C.F.R. §4.14(b)

**Sentence Date:** July 23, 2020

**Review Hearing Date:** May 20, 2021

**Probation Expires On:** July 23, 2021

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $540 which Total Amount is made up of a Fine: $ 500; Special Assessment: $10; Processing Fee: $30; Restitution: $

☐ Payment schedule of $50 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 0

☐ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 400
  ☒ If not paid in full when was last time payment:   Date: 4/9/2021
                                                      Amount: $50

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: May 10, 2021         */s/ William Taylor*
                            William Taylor
                            Special Assistant United States Attorney
                            Attorney for Plaintiff

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/20/2021 at 10:00 am

  ☒ be continued to 6/17/2021 at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: May 10, 2021         */s/ Matthew Lemke*
                            MATTHEW LEMKE
                            Assistant Federal Defender
                            Attorney for Defendant

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED.

IT IS SO ORDERED.

Dated:  __May 19, 2021__

_____
UNITED STATES MAGISTRATE JUDGE