# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SANDI MCCOY,<br>　　　　　　Defendant. | Case No. 1:18-po-00088-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**　　　　36 CFR 4.14(b) – Open Container of Alcohol

**Sentence Date:**　　　July 15, 2021

**Review Hearing Date:** May 19, 2022

**Probation Expires On:** July 15, 2022

### CONDITIONS OF UNSUPERVISED PROBATION:

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $100 which Total Amount is made up of a Fine: $ 100 Special Assessment: $　　Processing Fee: $ Choose an item. Restitution: $

☒　　Payment schedule of $ 10 per month by the 15th of each month.

☐　　**Community Service hours Imposed of:**

☐　　**Other Conditions:**

### COMPLIANCE:

☒　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐　　To date, Defendant has paid a total of $
　　☐ If not paid in full when was last time payment:　　Date: Click here to enter a date.
　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐　　To date, Defendant has performed Click here to enter text. hours of community service.

☐　　Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: 5/4/2022                    _____/s/ Alexandre Dempsey_____
                                                    GOVERNMENT COUNSEL

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/19/2022 at 10:00 a.m. Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/4/2022                    _____/s/ Jaya Gupta_____
                                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **May 5, 2022**                    _____
                                                    UNITED STATES MAGISTRATE JUDGE